IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:07CV3283 |
| | ) | |
| Plaintiff, | ) | Bankruptcy No. 06-41813 |
| | ) | Chapter 12 |
| V. | ) | |
| | ) | |
| JAMES DANIEL SCHILKE, | ) | ORDER |
| HOLLY D. SCHILKE, DIANE SCHILKE, | ) | |
| LARRY SCHILKE, and STATE OF | ) | |
| NEBRASKA, DEPARTMENT OF | ) | |
| REVENUE, | ) | |
| | ) | |
| Defendants. | | |

This matter is before the Court on the Plaintiff's Motion for an Extension of Time to file appellate briefs in this matter. Pursuant to this Court's scheduling order (Filing No. 6) the United States' brief is due on March 28, 2008, Schilke's brief is due on April 28, 2008, and the United States' reply brief is due on May 12, 2008. The United States requests an enlargement of time for all three of these deadlines. The Defendant does not oppose the motion. Accordingly,

IT IS ORDERED:

1. The Plaintiff's Motion for an Extension of Time (Filing No. 7) is granted;

2. Appellant (United States of America) shall file and serve a brief by April 27, 2008;

2. Appellees shall file and serve briefs May 28, 2008;

3. Appellant may file and serve a reply brief by June 11, 2008; and

4. This case shall be ripe for decision on June 12, 2008.

DATED this 31st day of March, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge