## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 4:07CV3283 |
| | ) | |
| Appellant, | ) | Bankruptcy No. 06-41813 |
| | ) | Chapter 12 |
| v. | ) | |
| | ) | |
| **JAMES DANIEL SCHILKE,** | ) | ORDER |
| | ) | |
| Appellee. | ) | |

This matter is before the Court on the Appellee's Motion Requesting an Enlargement of Time to File Reply Brief. Pursuant to this Court's Order (Filing No. 8) the Appellee's brief is due on May 28, 2008, and the United States' reply brief is due on June 11, 2008. The Appellee requests an enlargement of time for both of these deadlines. The Appellant United States does not oppose the motion. Accordingly,

IT IS ORDERED:

1. The Appellee's Motion for an Extension of Time (Filing No. 10) is granted;

2. Appellee Schilke shall file and serve a reply brief by June 27, 2008;

3. Appellant United States may file and serve a reply brief by July 11, 2008;

4. This case shall be ripe for decision on July 12, 2008; and

5. No further extensions will be granted.

DATED this 28th day of May, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge